1          IN THE UNITED STATES DISTRICT COURT
                        FOR THE
            MIDDLE DISTRICT OF PENNSYLVANIA


JACOB D. SHERRILL, JR.,           :
                                  :
            Petitioner            :
                                  :
      v.                          :     CIVIL NO. 4:CV-15-2336
                                  :
WARDEN DAVID EBBERT,              :     (Judge Brann)
                                  :
            Respondent            :

## ORDER

September 16, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:


1.    The petition for writ of habeas corpus is **DISMISSED AS MOOT**.

2.    Petitioner's motion for summary judgment (Doc. 12) is **DISMISSED AS MOOT**.

3.    The Clerk of Court is directed to **CLOSE** the case.

3.    Based upon the Court's determination, there is no basis for the

issuance of a certificate of appealability.


BY THE COURT:


  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge